# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/13/2023___

## KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

February 13, 2023

**VIA FIRST CLASS MAIL AND ELECTRONIC FILING**
Honorable Valerie Caproni
United States District Court for the
Southern District of New York
40 Foley Square, NY 10007

Re:     Shenzhen Long King Logistics Co., Ltd. v Hop Wo Int'l Trading, Inc.
        Docket No.: 1:22-cv-10682-VEC

Dear Hon. Valerie Caproni:

Please be advised that this law firm represents the Plaintiff in connection with the above referenced matter.  I am writing to request an adjournment to file the pre-conference submissions because the Defendants have not answered the complaint yet.

I will prepare the request for entering a default together with the filing of the pre-conference submissions.  Thanks in advance for granting my request for the adjournment.

Very truly yours,

Kevin K. Tung

Application GRANTED.  The initial pretrial conference scheduled for February 17, 2023, is ADJOURNED *sine die*.

Plaintiff must file its request for default judgment in accordance with Rule 4(I) of the Undersigned's Individual Practices by no later than **February 15, 2023**.

Plaintiff's initial pre-trial conference submissions were due on February 9, 2023. Rule 2(B) of the Undersigned's Individual Practices requires all adjournment and extension requests to be submitted 48 hours before the original due date or conference.  Any future adjournment or extension requests made in violation of the Undersigned's Individual Practices will be denied on that basis alone.

SO ORDERED.

02/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE