```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SHENZHEN LONG KING LOGISTICS CO., :
LTD., :
 :
                              Plaintiff, :
        -against-             : 22-CV-10682 (VEC)
 :
 : ORDER
HOP WO INT'L TRADING, INC. and YAOHUA :
LI, :
 :
 :
                              Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 16, 2023, Plaintiff moved for default judgment and submitted a proposed Order to Show Cause why default judgment should not be granted against Defendants, including "reasonable attorney fees, and costs and disbursements," but neither the attorney declaration nor the proposed default judgment includes a reference attorneys' fees or costs, Dkt. 20;

WHEREAS Rule 4(I) of the Undersigned's Individual Practices requires Plaintiff to submit its calculation of the attorneys' fees and costs sought, if any, *id*.

IT IS HEREBY ORDERED that by no later than **February 21, 2023**, Plaintiff must refile the motion for default judgment to include either (1) its calculation of attorneys' fees and costs in the attorney declaration and the proposed default judgment order or (2) a revised proposed Order to Show Cause without the reference to attorneys' fees and costs.

**SO ORDERED.**

Date: February 17, 2023         **VALERIE CAPRONI**
      New York, New York        **United States District Judge**