```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SHENZHEN LONG KING LOGISTICS CO., LTD.,

                                Plaintiff,

            -against-                          22-CV-10682 (VEC)

                                           ORDER

HOP WO INT'L TRADING, INC. and YAOHUA LI,

                               Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Undersigned for an initial pretrial conference on March 24, 2023.

       IT IS HEREBY ORDERED that Defendants' motion to disqualify Plaintiff's counsel is due on **April 14, 2023**. Plaintiff's response is due on **May 5, 2023**, and Defendants' reply is due by **May 19, 2023**;

       IT IS FURTHER ORDERED that if Plaintiff wishes to hire different counsel, and new counsel does **not** wish to participate in a settlement conference before the assigned magistrate judge, new counsel must file a letter, within one business day of filing a notice of appearance, stating Plaintiff's request to not participate in a settlement conference at this time; absent receipt of this letter, the Court will refer the parties to the assigned magistrate judge for a settlement conference if Plaintiff hires new counsel; and

IT IS FURTHER ORDERED that all other deadlines are STAYED pending resolution of the motion to disqualify.

**SO ORDERED.**

**Date:  March 24, 2023**
       **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**

2